IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| Plaintiff, | ) ) ) ) |
| -vs- | ) No. 16-cv- 863 |
| CHRIS QUICK, RUSSELL ADAMS, JACK HOWSER and ANGELA HOWSER, | ) ) ) ) |
| Defendants. | ) ) |

## COMPLAINT

### I. PARTIES

1. Plaintiff is an individual who resides in Lawrenceville, Lawrence County, Illinois.

2. Defendant Quick was, at all relevant times, the State's Attorney for Lawrence County, Illinois.

3. Defendant Adams was, at all relevant times, the Sheriff of Lawrence County.

4. Defendant Angela Howser is the mother of Plaintiff.

5. Defendant Jack Howser is the Plaintiff's step-father.

### II. VENUE

6. Venue is appropriate in this district because the Plaintiff and individual Defendants reside in this district, the Defendant David Quick and Russell Adams have their primary office in this district and the transaction which is complained of occurred in this district.

### III. JURISDICTION

7. This cause of action arises under Federal Statute, 42 U.S.C. § 1983 and 5 USC § 557 and

as such the Court has jurisdiction pursuant to the provisions of 28 U.S.C. § 1331 and 1343(a).

## IV. CAUSE OF ACTION

8. That prior to September of 2014, the Plaintiff, her minor daughter E.W., and her husband Josh resided with the Defendants Jack Howser and Angela Howser. At about that time they decided to secure a residence of their own and told that to Defendants Jack Howser and Angela Howser. They also indicated they were going to take E.W. with them. The Defendants Jack Howser and Angela Howser at that time engaged in a course of conduct designed to deprive the Plaintiff, Jade Green, of the custody of the minor child. In that regard, they threatened to publish nude pictures of Jade in their newspaper, they filed numerous Orders of Protection and sought to have the Order of Protection preclude contact between Jade and/or Josh and the minor child and they filed criminal charges in state court in Richland, Lawrence and Saline Counties the bond condition of which included no contact with the minor child.

9. That the Defendants Chris Quick and Russell Adams conspired with the Defendants Jack Howser and Angela Howser in this conspiracy. On or about November 5, 2014, the Defendant Adams instructed his deputies to arrest the Plaintiff on a theft warrant at 2:00 a.m. in the morning. A copy of the Complaint is attached hereto as EXHIBIT A. Also attached hereto as EXHIBIT B is the Lawrence County Police incident report showing that the Sheriff, R. Adams, acting on advice of Defendant Quick, ordered that the custody of the minor child be taken and placed with Jack and Angela Howser. In Exhibit B Defendant Adams is referred to as "51-1." Junior Willis, a private investigator hired by the Plaintiff's counsel, interviewed the Lawrenceville Chief of Police who was present at the time of the arrest of the Plaintiff. As is shown by the statement of Detective Willis, a copy of which is attached hereto as EXHIBIT C, the Police Chief confirmed that the Defendant,

Sheriff Adams, is referred to in the report as "51-1" and that he heard the Sheriff come on the radio and advise the deputies as to the fact that he had contacted State's Attorney Quick, that it was Defendant Quick's order that the custody be taken and placed with Jack and Angela Howser. He also noted that Jack and Angela Howser, at 2:00 a.m. in the morning were within one block of the Plaintiff's residence when they did not even reside in the same city at that time.

10. That the conduct of taking the minor child and placing it with the Defendants Howser, is not a function of the State's Attorney and is not a prosecutorial function but rather either a judicial function or a function for DCFS. As such, the Defendant Quick is not entitled to immunity, either qualified or absolute.

11. That the right of a parent to the custody and control of their minor child has been recognized by the United States Supreme Court as a right of Constitutional proportion. See *Troxel v. Grandville*, 530 U.S. 57. This right has been considered to be a liberty interest. See *Adoptive Couple v. Baby Girl*, 133 S.Ct. 2552.

12. That the conduct of the Defendants Quick and Adams were taken under color of state law pursuant to their apparent authority by virtue of the offices which they held.

13. That in the taking of the minor child from the Plaintiff or as she directed, without due process and without following the provisions of the statute for shelter care hearings, the Defendants violated the Constitutional rights of the Plaintiff, caused her to be separated from her minor child, and deprived her of the ability to parent that child during the periods of time that the child remained with the Defendant grandparents.

14. That as a result of the conduct of the Defendants the Plaintiff was required to incur substantial attorney's fees and costs as she dealt with the deprivation of her time with the minor

child.

15. That the conduct of the Defendants caused extreme emotional distress and angst to the Plaintiff and caused her to suffer great mental pain and anguish.

16. That the conduct of the Defendants was intentional in that the Defendant Quick and Defendant Adams were attempting to assist the Defendants Howser in the Howsers' attempt to take custody of the minor child from the Plaintiff.

WHEREFORE, Plaintiff prays for damages in the sum of FIVE HUNDRED THOUSAND DOLLARS ($500,000.00) together with ONE MILLION DOLLARS ($1,000,000.00) in punitive damages, that she recover her attorney's fees and costs and for such other relief as the Court believes is fair and just.

JADE V. GREEN, Plaintiff

By  /s/ H. Kent Heller
    Of Heller, Holmes & Associates, P.C.
    Her Attorneys

## JURY DEMAND

Plaintiff hereby demands trial by jury.

JADE V. GREEN, Plaintiff

By  /s/ H. Kent Heller
    H. KENT HELLER
    HELLER, HOLMES & ASSOCIATES, P.C.
    1101 Broadway Avenue, P.O. Box 889
    Mattoon, IL 61938
    TEL: 217-235-2700
    FAX: 217-235-0743
    E-Mail: kent@hhlawoff.com
    ARDC No. 1181009

H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Ave.
P.O. Box 889
Mattoon, IL 61938
TEL:  217-235-2700
FAX:  217-235-0743
c:green 19529 3.21.16 complaint