0015891

## STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE FIRST JUDICIAL CIRCUIT
### SALINE COUNTY



THE PEOPLE OF THE STATE OF ILLINOIS
            Plaintiff,

vs.

JADE V. WINGARD　　　　　　　Defendant.
A.K.A. JADE V. GREEN
D.O.B. 01.21.91
5900 E. Otterbein Lane
Calhoun, IL 62419

No. 14-CF-292
Class 4

FILED
OCT 31 2014

CLERK OF THE CIRCUIT COURT
SALINE COUNTY, STATE OF ILLINOIS

### INFORMATION

Jason A. Olson, Assistant State's Attorney of said County charges:

That on September 8, 2014 in Saline County, JADE V. WINGARD A.K.A. JADE V. GREEN committed the offense of DECEPTIVE PRACTICE in that the said defendant, with intent to defraud and the intent to obtain control over certain property of Angela Howser, Harrisburg, Saline County, Illinois, being cash, knowingly delivered a certain bank check #186 to Angela Howser, dated September 8, 2014, drawn on the First National Bank, in the amount of $200.00 and signed as maker Jade Wingard, knowing said check would not be paid by the depository. A copy of the check is attached hereto and made part hereof by reference thereto in violation of Chapter 720 ILCS 5/17-1(B)(1).

_____
(Assistant State's Attorney)

STATE OF ILLINOIS
COUNTY OF SALINE   ss

The undersigned, on oath, says that the facts set forth in the foregoing Information are true in substance and matter of fact

_____

SWORN TO before me October 31, 2014.

_____
(Notary Public)

OFFICIAL SEAL
AMY PANKEY
Notary Public, State of Illinois
My Commission Expires 01-09-2018

EXHIBIT A

Run: 11/05/2014        Lawrence County Police Incident Report

| | |
|---|---|
| Call No: 2014-011503 | Descr: SALINE CO WARR/DECEPTIVE PRACTICE |
| Occurred: 11/02/2014 10:53pm | Reported: 11/02/14 10:53pm |
| Location: 903 7TH ST., LAWRENCEVILLE | |
| Officer: Sheriff R. Adams | Status: Closed by Arrest |
| Officer: Chief J. WHITE   Officer: Deputy K. GILMORE | |

**Arrested**

GREEN (WINGARD), JADE VALARIE
Addr: 903 7TH ST, LAWRENCEVILLE, IL 62439
DOB.: 01/21/91   Age: 23        Sex: Female   Race: White
Hair: Brown      Eyes: Brown    Height: 5'10"  Weight: 145

Court: Lawrence County Circuit Court   / /   DL: IL G650-4389-1621
CIR 2014-CF-29 999-504 Out Of County Warrant/Dec Practice

**Narrative**

```
10:53P TRAVIS FROM SALINE CO TX'D, ADV CHIEF WHITE HAD CALLED TO VERIFY
WARRANT ON JADE GREEN WAS VALID. TRAVIS ADV WARRANT IS VALID IS NOW IN
LEADS, HAD TO CALL HIS CHIEF DEPUTY TO FIND LOCATION OF WARRANT. ADV L45.
12:20A 51-1/L50 ON STATION, ADV THEY WILL BE ARRESTING GREEN. 51-1 ADV HE
SPOKE WITH SA QUICK, SA QUICK ADV THE CHILD OF JADE GREEN WILL BE IN THE
PROTECTIVE CUSTODY OF JACK AND ANGELA HOWSER. 51-1 ADV THAT JOSHUA WAS NOT
TO HAVE CHILD BECAUSE OF 2 OOP'S AGAINST HIM   IF JADE WANTS HIM TO HAVE
CHILD THEN THE CHILD WOULD BE PUT INTO PROTECTIVE CUSTODY AND BROUGHT TO CJ
AND DCFS WOULD BE CALLED.
12:35A JOSHUA GREEN TX'D, REQUESTING BOND AMOUNT ON JADE'S WARRANT, ALSO
STATED THAT HIS MOTHER ROSEMARY IS COMING TO GET THE CHILD AND THAT IT
WASNT TO BE GIVEN TO JACK AND ANGELA HOWSER.
12:39A 514 ADV 10-76 TO CJ WITH 1 W/F 10-95. B/M 135.228.
12:40A 514 ADV 10-23 AT CJ. E/M 135.228.
01:35A L45/L39 WERE ASKED BY JOSHUA GREEN FOR A COPY OF THE ORDER FOR
PROTECTIVE CUSTODY. HE WAS ADVISED BY L45/L39 THEY WERE NOT AWARE OF ANY
ORDER AND DIDNT HAVE A COPY TO PROVIDE THEM WITH. JOSH THEN REQUEST THE
NUMBER TO THE STATE POLICE AND DCFS, THOSE WERE PROVIDED TO HIM.
2:29A SGT FLACK FROM ISP TX'D, SPOKE WITH 514. WAS GIVEN 51-1 TX NUMBER.


51-1 ARRESTED

            JADE V. WINGARD/GREEN, DOB 01.21.91
            #1. SALINE COUNTY WARRANT/2014-CF-292
                BOND: $300.00 CASH............JAB
```

Officer: _____    Date: _____    Release? ____
Supervisor: _____    Complete? ____   Follow Up? ____

EXHIBIT B

**WILLIS DETECTIVE AGENCY LLC**
**PO BOX 246**
**EFFINGHAM, IL 62401**
**217-536-6545**
(Lic# 117001668)

On 6/28/16, at approximately 0930 hours, I met with James White, Chief of Police of Lawrenceville, IL in reference to Jade Green. I presented Chief White with a copy of the Lawrence County Police incident report, dated 11/05/2014 and call number of 2014-01103.

Chief White states he recognized the report and stated he remembered the incident and that it was in reference to in executing an arrest warrant on Jade Green. He stated his involvement consisted of backup to the Lawrence County Sheriff, who was executing the warrant. Chief White states that in 2014, the Lawrence County Police incident reports were generated by a program called, "C.O.P.S.," but have since switched to a 911 system. I asked Chief White if the narrative portion of the incident report was generated by a dispatcher on duty at the time of the incident. He replied, "yes." The report reflects telephone calls and police radio communication related to the incident. I asked Chief White about a particular entry in the report that says, "51-1 adv. he spoke with SA Quick., SA Quick adv. the child of Jade Green will be in the protective custody of Jack and Angela Howser." Chief White stated that "51-1" is Sheriff Adams' radio call number and Sheriff Adams broadcast that message to all law enforcement involved in the incident prior to execution of the arrest warrant. Chief White stated that the message meant that Lawrence County States Attorney Quick gave the order to take the child into protective custody and give the child to the grandparents, Jack and Angela Howser.

Chief White stated that during the execution of the warrant, he stayed outside on the front porch. Chief White recalled that after the arrest, the grandparents, who were parked approximately one block away, took custody of Jade Green's daughter. White also recalled that retired ISP trooper Jimmie Hinkle was present but did not know in what capacity.

NOTE: Chief White stated it is not uncommon to have close relatives take custody of a child when his/her parents are taken into custody. He also said DCFS may also be notified. I asked Chief White if it was common for a States Attorney to be involved and he stated, 'no."

_(signature)_

Herman Willis Jr

Private Investigator



EXHIBIT C