IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JADE V. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 16-cv-863 |
| | ) | |
| CHRIS QUICK, RUSSELL ADAMS, | ) | |
| JACK HOWSER and ANGELA HOWSER, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO CONTINUE TRIAL DATE**

**COME NOW** Defendants Jack Howser and Angela Howser, by their attorneys, SCROGGINS LAW OFFICE, LTD., and for their Motion, state as follows:

1. A Scheduling and Discovery Order was entered on November 9, 2016.

2. Defendants Jack Howser and Angela Howser were served with the Complaint in February 2017.

3. That Defendants' counsel has several highly-contested divorce trials in May. These trials may go longer than one day.

4. That Defendants' counsel has a murder trial scheduled in Williamson County the second week of June which is expected to last at least two weeks.

5. That Defendants' counsel is a solo practitioner with one associate and does not have the staff with which to conduct discovery in this matter AND prepare the other matters for trial.

6. In order for justice to be obtained in this matter, Defendants' counsel will need additional time to not only receive and review discovery which has been conducted to this point, but also to prepare discovery and conduct depositions.

7. During the latter part of March and early part of April a good friend of defense counsel and close associate, Saline County State's Attorney Michael Henshaw died unexpectedly. Defendants' counsel had to immediately go to Harrisburg, Illinois to handle not only estate matters but possible criminal matters. This required him to drop everything and continue court matters to be available in Saline County.

8. Defendants Jack Howser and Angela Howser cannot effectively conduct discovery based on the remainder of the Scheduling Order.

9. An amendment to the Scheduling Order will not prejudice any of the parties in this cause.

WHEREFORE, Defendants Jack Howser and Angela Howser, pray that this Honorable Court grant Defendant's Motion To Continue Trial Date and for such other and further relief as this Court deems just and proper.

/S/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
P. O. Box 520
Granite City, IL 62040
618/ 876-5300
618/876-5135 (fax)
scroggins_law@juno.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
|     Plaintiff, | ) ) ) |
| vs. | ) ) No. 3:16-CV-0863-MJR-DGW |
| CHRIS QUICK, RUSSELL ADAMS, JACK HOWSER and, ANGELA HOWSER, | ) ) ) ) ) ) |
|     Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on May 9, 2017, I caused to be electronically filed a Motion To Continue Trial Date with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s).

        Respectfully submitted,

        /s/ Morgan Scroggins #06202541
        Scroggins Law Office Ltd.
        1506 Johnson Road, Suite 200
        Granite City, Illinois 62040
        (618) 876-5300
        (618) 876-5135 (fax)
        scroggins_law@juno.com