IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 3:16-cv-863-SCW |
| | ) |
| CHRIS QUICK, RUSSELL ADAMS, | ) |
| JACK HOWSER, ANGELA HOWSER, | ) |
| and JIM WHITE, | ) |
| | ) |
| Defendants. | ) |

## MOTION IN LIMINE

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for her Motion in Limine, says:

1. That attached hereto as EXHIBIT A is a letter dated August 9, 2017 from defense counsel to Plaintiff's counsel in response to a solicitation of settlement.

2. That this Motion in Limine seeks a preliminary ruling by the Court that the aforesaid letter is admissible at the time of trial notwithstanding the fact that it was made during settlement negotiations. Plaintiff believes that the letter is admissible pursuant to Rule 408 of the Federal Rules of Evidence. As follows:

    a) There is a claim for punitive damages in this case. To the extent that the Defendants' argue that they are unable to pay punitive damages, this letter would indicate to the contrary.

    b) The Defendants have testified at their depositions that their taking of the minor child was not as a result of their desire to obtain custody of the child.

        This letter would indicate that the desire of the Defendants is exactly that, to acquire custody of the minor child.  This is particularly true when even if the Defendants were to win this litigation, the Court would not and could not order that they receive custody of the minor child.

    c)    The letter tends to prove bad faith inasmuch as it tacitly suggests that the Defendants are cooperating in criminal proceedings against the Plaintiff as they have done in the past purportedly for the purpose of separating the minor child from the Plaintiff.  This shows the Defendants are biased or prejudiced and establishes bad faith of the Defendants as grounds for the letter's admission pursuant to Rule 408.

WHEREFORE, Plaintiff prays that this Court enter an Order in advance of trial finding that the letter is admissible for the reasons stated in the body of the motion.

                                        JADE V. GREEN, Plaintiff

                                  By _____/s/ H. Kent Heller_____
                                        Of Heller, Holmes & Associates, P.C.
                                            Her Attorneys

H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Ave.
P.O. Box 889
Mattoon, IL 61938
TEL:   217-235-2700
FAX:   217-235-0743
E-MAIL:   kent@hhlawoff.com
green 19529 9.6.17 motion in limine

CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 2nd day of November, 2017, to the following:

Joseph A. Bleyer  jableyer@bleyerlaw.com

Douglas R. Heise  dheise@heylroyster.com; edwecf@exchange.heylroyster.com

Keith B. Hill  khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com

Morgan E. Scroggins  scroggins_law@juno.com

JADE V. GREEN, Plaintiff

By  / s/ H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 2nd day of November, 2017

/s/  Katherine J. Storm
Notary Public