IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JADE V. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 3:16-cv-863-SCW |
| | ) | |
| CHRIS QUICK, RUSSELL ADAMS, | ) | |
| JACK HOWSER, ANGELA HOWSER, | ) | |
| and JIM WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

## **PLAINTIFF'S SECOND MOTION IN LIMINE**

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for her Second Motion in Limine, says:

1. That based upon the discovery requested by the Defendant and the subpoenas issued by Defendant, Plaintiff believes that the Defendant will attempt to litigate in this forum the propriety of the placement of the minor child E.W.

2. That the Defendant has also requested information relating to Plaintiff's spouse, Josh Green, purportedly with the intent to show that the minor child should not reside with Josh Green.

3. That the Defendant has subpoenaed substantial information which occurred after the date of the incident alleged in the Complaint presumably to show that the Defendants' determination that the minor child should reside with the Defendants is in the best interest of the minor child.

4. That neither the placement of the minor child, the propriety of the state court's

ultimate decision or any event which occurred after the date of the alleged Constitutional violation in this case is relevant.  Those issues sought to be discovered and argued by the Defendants are appropriately, if the Defendants had standing at all, to be raised in the state court family proceedings and not in the federal case alleging a Constitutional violation in conspiracy with state law enforcement officers.

5. That in the state court proceedings, Defendants presented testimony of a doctor who said it is alright to be dishonest if the purpose in important enough.  Plaintiff believes the Defendants may try to argue that the circumstances of the child's placement justify violating Plaintiffs Constitutional rights and therefore insulate them from liability for said violations.

6. That this forum is not the appropriate place to determine family law issues.

WHEREFORE, Plaintiff prays this Court enter an Order in limine precluding the Defendants from arguing that the best interest of the minor child somehow justifies the improper conduct of the Defendants, that the minor child should not be residing with Josh Green or alluding to facts concerning the child's circumstances which occurred after the date of the incident alleged in the Complaint.

JADE V. GREEN, Plaintiff

By _____/s/ H. Kent Heller_____
Of Heller, Holmes & Associates, P.C.
Her Attorneys

H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Ave.
P.O. Box 889
Mattoon, IL 61938
TEL:   217-235-2700
FAX:   217-235-0743
E-MAIL:   kent@hhlawoff.com
green 19529 10.24.17 plainitffs second motion in limine

CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 2nd day of November, 2017, to the following:

| | |
|---|---|
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| Douglas R. Heise | dheise@heylroyster.com; edwecf@exchange.heylroyster.com |
| Keith B. Hill | khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com |
| Morgan E. Scroggins | scroggins_law@juno.com |

JADE V. GREEN, Plaintiff

By    / s/ H. Kent Heller_____
     H. KENT HELLER
     HELLER, HOLMES & ASSOCIATES, P.C.
     1101 Broadway Avenue, P.O. Box 889
     Mattoon, IL 61938
     TEL: 217-235-2700
     FAX: 217-235-0743
     E-Mail: kent@hhlawoff.com
     ARDC No. 1181009

Subscribed and sworn to before me
this 2nd day of November, 2017

/s/      Katherine J. Storm_____
         Notary Public