# SCROGGINS LAW OFFICE LTD.

1506 Johnson Rd., Suite 200
Granite City, IL 62040
(618) 876-5300
Facsimile (618) 876-5135
E-mail: scroggins_law@juno.com

**MORGAN SCROGGINS**
**PHILLIP BALDWIN**

**LEON G. SCROGGINS, SR.**
*(1932 - 2001)*

August 9, 2017

VIA EMAIL: kent@hhlawoff.com

Mr. Kent Heller
Attorney at Law
1101 Broadway Ave,
Mattoon, Illinois, 61938

      RE:    Jade Green v. Howsers, et al.

Dear Mr. Heller:

Please be advised that I have conferred with my client regarding settlement of the federal matter. They propose as follows:

1. They will pay $100,000.00 -

    a. $50,000.00 up front; and
    b. $1,400.00 per month until paid in full.

2. They will give the two cars jointly held to Jade.
3. They will dismiss all current litigation.
4. They will refuse to cooperate in any pending criminal investigations.

In exchange, Ms. Green will give full physical custody of Evelyn to my clients. Jade will have liberal visitation. The visitation of Alec Sparks will continue as ordered.

Thank you for your time and consideration in the matter stated above.

Sincerely,

Morgan Scroggins

MS/slc