IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 3:16-CV-0863-MJR-DGW |
| | ) |
| CHRIS QUICK, RUSSELL ADAMS, | ) |
| JACK HOWSER and ANGELA HOWSER, | ) |
| | ) |
| Defendants. | ) |

**JACK HOWSER AND ANGELA HOWSER'S MOTION IN LIMINE
DISCLOSURE NEWSPAPER**

I.  **Introduction**

**COME NOW** Defendants Jack Howser and Angela Howser, who move in limine to prevent the Plaintiff from introducing or mentioning the Disclosure Newspaper. Specifically, the Defendants seek an order that:

1. Prevents the Plaintiff from stating or referring to Defendants ownership of the Disclosure News or any articles published in the newspaper.

II. **Argument**

Plaintiff has indicated that she intends to introduce evidence of articles published prior to the incident that are not relevant to the claims. Further, Plaintiff would like to introduce the Defendants access to money, as if it is insurance coverage. The Courts have found that to be inadmissible. Guardado v. Navarro, 47 Ill. App. 2d 92, 197 N.E. 2d 469 (1st Dist. 1964. Pursuant to FRE 403 evidence, which may be relevant, may be excluded if its

probative value is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading to the jury.

### III. Conclusion

Accordingly, the Defendants request the Court Order that:

1. Plaintiff may not refer to the Disclosure Newspaper or Defendants ownership of it.

Dated: _____

/S/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
P. O. Box 520
Granite City, IL 62040
618/ 876-5300
618/876-5135 (fax)
scroggins_law@juno.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRIS QUICK, )<br>RUSSELL ADAMS, )<br>JACK HOWSER and, )<br>ANGELA HOWSER, )<br>)<br>Defendants. ) | No. 3:16-CV-0863-MJR-DGW |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, I caused to be emailed Jack Howser and Angela Howser's Motion In Limine Disclosure Newspaper to Defendants

Respectfully submitted,

/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300
(618) 876-5135 (fax)
scroggins_law@juno.com