IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 3:16-CV-0863-MJR-DGW |
| | ) |
| CHRIS QUICK, RUSSELL ADAMS, | ) |
| JACK HOWSER and ANGELA HOWSER, | ) |
| | ) |
| Defendants. | ) |

## JACK HOWSER AND ANGELA HOWSER'S MOTION IN LIMINE
## NUDE PHOTOGRAPHS

### I.  Introduction

**COME NOW** Defendants Jack Howser and Angela Howser, who move in limine to prevent the Plaintiff from introducing or mentioning naked photographs taken by herself and a paramour.  Specifically, the Defendants seek an order that:

1. Prevents the Plaintiff from stating or referring to any naked pictures that came into Defendants' possession.

### II.  Argument

Plaintiff has testified in her depositions that Defendants possessed a naked photograph that was given to them by one of her past boyfriends.  She testified that the Defendants threatened her with the photograph.  Defendants never disclosed any photographs.  If anything, Plaintiff threatened Defendants that she was going to claim she was being intimidated by Defendants unless she got her way.

Any testimony from the Plaintiff regarding the pictures are purely speculative and for which the Plaintiff has no "good faith basis" to inquire. "Before the Defendants may attempt to impeach a witness by inquiring about specific instances of conduct, they must have a good faith basis to believe that the alleged conduct occurred." United States v. Whitmore, 359 F.3d 609, 622 (D.C. Cir. 2004) ("the general rule ... is that the questioner must be in possession of some facts which support a genuine belief that the witness committed the offense or the degrading act to which the question relates") If this Court determines that the Plaintiff does not have a good faith basis that this misconduct occurred, she may not ask any questions about the misconduct. Moreover, because the mere mention of misconduct can be prejudicial, courts have held that a sidebar should occur before evidence is allowed. See United States v. Schwab, 886 F.2d 509, 513-14 (2d Cir. 1989).

### III. Conclusion

Accordingly, the Defendants request the Court Order that:

1. Plaintiff may not refer to any naked photographs of herself or alleged blackmail.

Dated: _____

/S/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
P. O. Box 520
Granite City, IL 62040
618/ 876-5300
618/876-5135 (fax)
scroggins_law@juno.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:16-CV-0863-MJR-DGW ) |
| CHRIS QUICK, RUSSELL ADAMS, JACK HOWSER and, ANGELA HOWSER, | ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, I caused to be emailed Jack Howser and Angela Howser's Motion In Limine Nude Photographs to Defendants

Respectfully submitted,

/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300
(618) 876-5135 (fax)
scroggins_law@juno.com