IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 3:16-CV-0863-MJR-DGW |
| | ) |
| CHRIS QUICK, RUSSELL ADAMS, | ) |
| JACK HOWSER and ANGELA HOWSER, | ) |
| | ) |
| Defendants. | ) |

## JACK HOWSER AND ANGELA HOWSER'S MOTION IN LIMINE
## CHARACTER OF DEFENDANTS

**I.   Introduction**

**COME NOW** Defendants Jack Howser and Angela Howser, who move in limine to prevent the Plaintiff from introducing or mentioning Defendants' character. Specifically, the Defendants seek an order that:

1. Prevents the Plaintiff from stating or referring to Defendants past marital relationships or medical treatments.

**II.   Argument**

Plaintiff has indicated that she intends to introduce evidence of her assessment of Defendants' mental and physical status. She has already stated in her depositions that Angela Howser was in abusive relationships and had a nervous breakdown. She has also commented on Jack Howser's behavior. This information is irrelevant and would only be presented to prejudice the jury. Under Federal Rule of Evidence 608(b), the Plaintiff may

cross examine the Defendants about "specific instances of …. conduct" only if the instances are "probative of truthfulness or untruthfulness" and only "in the discretion of the court." Obviously, the mental and physical status, or prior relationships, have nothing to do with the truthfulness of the alleged incident occurring on November 2, 2014.

### III. Conclusion

Accordingly, the Defendants request the Court Order that:

1. Plaintiff may not refer to the mental or physical treatment of Defendants or past their past relationships

Dated: _____

/S/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
P. O. Box 520
Granite City, IL 62040
618/ 876-5300
618/876-5135 (fax)
scroggins_law@juno.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 3:16-CV-0863-MJR-DGW ) |
| CHRIS QUICK, RUSSELL ADAMS, JACK HOWSER and, ANGELA HOWSER, | ) ) ) ) ) |
| Defendants. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, I caused to be emailed Jack Howser and Angela Howser's Motion In Limine Character of Defendants to Defendants

Respectfully submitted,

/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300
(618) 876-5135 (fax)
scroggins_law@juno.com