IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) No. 3:16-CV-0863-MJR-DGW |
| | ) |
| CHRIS QUICK, RUSSELL ADAMS, | ) |
| JACK HOWSER and ANGELA HOWSER, | ) |
| | ) |
| Defendants. | ) |

### JACK HOWSER AND ANGELA HOWSER'S MOTION IN LIMINE
### OTHER LITIGATION

**I.   Introduction**

**COME NOW** Defendants Jack Howser and Angela Howser, who move in limine to prevent the Plaintiff from introducing or mentioning other litigation between the parties. Specifically, the Defendants seek an order that:

1. Prevents the Plaintiff from stating or referring to any other litigation between the parties, specifically 17-SC-5, 17-SC-6, 17-LM- 171, and 17-MR-14.

**II.   Argument**

Plaintiff has testified in her depositions that she is involved in other litigation with the parties. Saline County cases 17-LM-171 and 17-MR-14 (which was dismissed) address the same issue – Jade Green refuses to sign title of the vehicles she surrendered to the Howsers, over to the Howsers. In Saline County cases 17-SC-5 and 17-SC 6, Angela Howser

has obtained judgments against Jade Green and is in the course of trying to collect the monies due her.

Defendants believe that Plaintiff intends to introduce these cases to unduly influence the jury. Sears Roebuck & Co v. Jackson, 21 Ariz. App. 176, 517 P.2d 529 (1974); Option Resource Group v. Chambers Development Co., 967 F. Supp. 846 (W.D. PA 1996) This evidence would not be offered to prove a certain fact and would have not probative value. Further, it fails to relate to the issues before this Court. Any evidence of litigation between the parties is also immaterial to any issue of liability or damages.

### III. Conclusion

Accordingly, the Defendants request the Court Order that:

1. Plaintiff may not refer to any other litigation between the parties, specifically 17-SC-5, 17-SC-6, 17-LM- 171, and 17-MR-14.

Dated: _____

/S/ Morgan Scroggins #06202541
Scroggins Law Office, Ltd.
1506 Johnson Road, Suite 200
P. O. Box 520
Granite City, IL 62040
618/ 876-5300
618/876-5135 (fax)
scroggins_law@juno.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN,<br><br>    Plaintiff,<br><br>vs.<br><br>CHRIS QUICK,<br>RUSSELL ADAMS,<br>JACK HOWSER and,<br>ANGELA HOWSER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   No. 3:16-CV-0863-MJR-DGW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **CERTIFICATE OF SERVICE**

I hereby certify that on December 14, 2017, I caused to be emailed Jack Howser and Angela Howser's Motion In Limine Other Litigation to Defendants

Respectfully submitted,


/s/ Morgan Scroggins #06202541
Scroggins Law Office Ltd.
1506 Johnson Road, Suite 200
Granite City, Illinois 62040
(618) 876-5300
(618) 876-5135 (fax)
scroggins_law@juno.com