IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JADE V. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 3:16-cv-863-SCW |
| | ) | |
| CHRIS QUICK, RUSSELL ADAMS, | ) | |
| JACK HOWSER, ANGELA HOWSER, | ) | |
| and JIM WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

### PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION IN LIMINE RE: NUDE PHOTOGRAPHS

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for her Response to the Defendant's Motion in Limine, says:

1. That the arguments made by the Defendant in this Motion in Limine are pure fabrication. The motion suggests that the Defendants "never disclosed any photographs."

    This is patently untrue. At the initial settlement conference the issue of the nude photographs came up before Judge Wilkerson. Judge Wilkerson required the Plaintiff requesting that the Defendants turn over the photographs and copies were in fact provided to counsel for the Plaintiff by counsel for the Defendant. To suggest otherwise is just an untruth.

2. That the animosity of one party to the other and their motive to fabricate evidence is always admissible in a trial.

3. That at pages 6-8 of the deposition of Jack Howser he talks about the fact that he had the photographs and that he had handed them over to his attorney. He testified at page 7 that Angela had them now and testified that Angela had some even at that point as far as he knew. His attorney filed a response to the request for production indicating that those pictures were not being produced and that they were privileged under HIPAA. At pages 7 & 8 of the deposition Jack Howser also testified that he might have had discussions with regard to other attorneys in the guardianship proceedings about enlarging those photographs and introducing them into evidence at court. In fact, at page 8 Jack Howser testified that he received those photographs from one Travis French. He now suggests that there is "no good faith basis" to talk about the photographs, that the Defendants never produced the photographs is absolutely false and contrary to the evidence and should subject the pleader to sanctions for untrue pleadings.

4. That Plaintiff requests that Defendant withdraw this filing prior to his filing of the motion seeking fees and costs. A copy of that is attached hereto as EXHIBIT A

WHEREFORE, Plaintiff prays that this Court enter an Order denying the Motion in Limine and awarding attorney's fees for being required to respond to a frivolous motion.

JADE V. GREEN, Plaintiff

By _____/s/ H. Kent Heller_____
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743

        E-Mail: kent@hhlawoff.com
        ARDC No. 1181009

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 3rd day of January, 2018, to the following:

| | |
|---|---|
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| Douglas R. Heise | dheise@heylroyster.com; edwecf@exchange.heylroyster.com |
| Keith B. Hill | khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com |
| Morgan E. Scroggins | scroggins_law@juno.com |

        JADE V. GREEN, Plaintiff

By   / s/ H. Kent Heller
     H. KENT HELLER
     HELLER, HOLMES & ASSOCIATES, P.C.
     1101 Broadway Avenue, P.O. Box 889
     Mattoon, IL 61938
     TEL: 217-235-2700
     FAX: 217-235-0743
     E-Mail: kent@hhlawoff.com
     ARDC No. 1181009

Subscribed and sworn to before me
this 3rd day of January, 2018.

/s/   Katherine J. Storm
     Notary Public

green 19529 12.15.17 plaintiffs response to defendants motion in limine