IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JADE V. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 3:16-cv-863-SCW |
| | ) | |
| CHRIS QUICK, RUSSELL ADAMS, | ) | |
| JACK HOWSER, ANGELA HOWSER, | ) | |
| and JIM WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION
IN LIMINE RELATIVE TO CHARACTER**

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for her Response to the Motion in Limine Relative to Character, says:

That the character of a party is always an issue.  As it relates to specific instances that are probative of the truthfulness, it is probative of the truthfulness of a person who says that she is faithful to her husband when in fact there is evidence that she has been having an affair with another man.  "The credibility of a witness may be attacked or supported by evidence in the form of opinion or reputation but subject to these limitations: (1) . . .

The evidence may refer only to the character for truthfulness or untruthfulness . . . Hunters Federal Trial Handbook Civil, Chapter 61:1 citing Federal Rules of Evidence 608(a)."  As that treatise goes on to say "The character of a party to litigation, or a witness, can have great impact on the trial of the case.  His true character throws considerable light on whether or not a person has done what he is charged with.  His character is also helpful in determining whether

he is telling the truth as a witness. Consequently, knowing the character of a party or witness would be of considerable help to the trier in determining the truth in the case before them." For these reasons, the Plaintiff prays that this Court deny this Motion in Limine.

        JADE V. GREEN, Plaintiff

By _____/s/ H. Kent Heller_____
       H. KENT HELLER
       HELLER, HOLMES & ASSOCIATES, P.C.
       1101 Broadway Avenue, P.O. Box 889
       Mattoon, IL 61938
       TEL: 217-235-2700
       FAX: 217-235-0743
       E-Mail: kent@hhlawoff.com
       ARDC No. 1181009

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 3rd day of January, 2018, to the following:

| | |
|---|---|
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| Douglas R. Heise | dheise@heylroyster.com; edwecf@exchange.heylroyster.com |
| Keith B. Hill | khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com |
| Morgan E. Scroggins | scroggins_law@juno.com |

        JADE V. GREEN, Plaintiff

By   / s/ H. Kent Heller_____
       H. KENT HELLER
       HELLER, HOLMES & ASSOCIATES, P.C.
       1101 Broadway Avenue, P.O. Box 889
       Mattoon, IL 61938
       TEL: 217-235-2700
       FAX: 217-235-0743

          E-Mail: kent@hhlawoff.com
          ARDC No. 1181009

Subscribed and sworn to before me
this 3rd day of January, 2018.

/s/    Katherine J. Storm
       Notary Public

green 19529 1.3.18 plaintiffs response to defendants motion in limine relative to character