IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JADE V. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 3:16-cv-863-SCW |
| | ) | |
| CHRIS QUICK, RUSSELL ADAMS, | ) | |
| JACK HOWSER, ANGELA HOWSER, | ) | |
| and JIM WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION
IN LIMINE RE: ALLEGED PRIOR VIOLATIONS**

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for her Response to the Motion in Limine relative to Alleged Violations Prior to November 2nd, says:

1. That there is no merit in law to the argument made by the Defendant. In the present case, the Defendants claim that they were not attending the arrest of the Plaintiff to secure the minor child and that was not their goal. Prior conduct showing that they attempted to exert control over the minor daughter is relevant to show that the act constituting the Constitutional violation was simply a continuation of those efforts.

2. The motion itself suggests that the Defendants intend to "smear" the Plaintiff by alleging that the reason she lived with her parents was because she was "partying" and is clearly inadmissible.

3. The cases cited by Defendant are not applicable here. First, both are criminal cases. In *Whitmore*, the reporter had merely written a story about the officer and had not met him. The same cannot be said of the contact between the Plaintiff and Defendant. Nor can it be said that the Plaintiff and Defendant had not had direct contact with each other's community. Further, that Court held that the District Court erred where it failed to allow cross-examination of the untruthfulness of the officer concerning other testimony by questioning him about the officer's suspended driver's license and his failure to pay child support.

4. Nor is *U.S. v. Wilson* supportive of the Defendant's position. That Court acknowledges that information concerning the bias of the parties or truthfulness might be admissible under Rule 608(b) but held that since the information available was only unproven allegations they would not have been admissible. That is not the case here. The status of animosity between the parties is clearly relevant in this case and the ability of the Defendants to seek methods other than having the Plaintiff arrested in the middle of the night to secure money as opposed to the minor child are relevant. Therefore this motion should be denied.

                          JADE V. GREEN, Plaintiff

                By      /s/ H. Kent Heller
                        H. KENT HELLER
                        HELLER, HOLMES & ASSOCIATES, P.C.
                        1101 Broadway Avenue, P.O. Box 889
                        Mattoon, IL 61938
                        TEL: 217-235-2700
                        FAX: 217-235-0743
                        E-Mail: kent@hhlawoff.com
                        ARDC No. 1181009

CERTIFICATE OF SERVICE

    I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 3rd day of January, 2018, to the following:

| | |
|---|---|
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| Douglas R. Heise | dheise@heylroyster.com; edwecf@exchange.heylroyster.com |
| Keith B. Hill | khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com |
| Morgan E. Scroggins | scroggins_law@juno.com |

                                              JADE V. GREEN, Plaintiff

                          By    / s/ H. Kent Heller_____
                                      H. KENT HELLER
                                      HELLER, HOLMES & ASSOCIATES, P.C.
                                      1101 Broadway Avenue, P.O. Box 889
                                      Mattoon, IL 61938
                                      TEL: 217-235-2700
                                      FAX: 217-235-0743
                                      E-Mail: kent@hhlawoff.com
                                      ARDC No. 1181009

Subscribed and sworn to before me
this 3rd day of January, 2018.

/s/     Katherine J. Storm_____
        Notary Public

green 19529 1.3.18 plaintiffs response to defendants motion in limine regarding alleged prior violations