IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JADE V. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 3:16-cv-863-SCW |
| | ) | |
| CHRIS QUICK, RUSSELL ADAMS, | ) | |
| JACK HOWSER, ANGELA HOWSER, | ) | |
| and JIM WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION
IN LIMINE REGARDING OTHER LITIGATION**

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and in opposition of the Motion in Limine Re: Other Litigation, says:

1. The animosity between the parties is relevant in this case. There is a factual dispute as to whether the Plaintiff consented to the Defendant taking her child on the evening in question. The multitude of litigation between the parties supports the Plaintiff's position and the position of other witnesses that that animosity was so great the Plaintiff would have never consented to that. In addition, Angela Howser testified that she was so desperate as to money that she had to seek to incarcerate her daughter rather than pursue other means to collect that money. The other litigation indicates that not only were there other methods available for securing said funds but also that the Defendant knew how to use them. Under Federal Rules of Evidence 401, this evidence may tend to make a fact more or less probable than it would be

without the evidence and is therefore admissible.

           JADE V. GREEN, Plaintiff

         By    /s/ H. Kent Heller_____
           H. KENT HELLER
           HELLER, HOLMES & ASSOCIATES, P.C.
           1101 Broadway Avenue, P.O. Box 889
           Mattoon, IL 61938
           TEL: 217-235-2700
           FAX: 217-235-0743
           E-Mail: kent@hhlawoff.com
           ARDC No. 1181009

### CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 3rd day of January, 2018, to the following:

| | |
|---|---|
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| Douglas R. Heise | dheise@heylroyster.com; edwecf@exchange.heylroyster.com |
| Keith B. Hill | khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com |
| Morgan E. Scroggins | scroggins_law@juno.com |

           JADE V. GREEN, Plaintiff

         By   / s/ H. Kent Heller_____
           H. KENT HELLER
           HELLER, HOLMES & ASSOCIATES, P.C.
           1101 Broadway Avenue, P.O. Box 889
           Mattoon, IL 61938
           TEL: 217-235-2700
           FAX: 217-235-0743
           E-Mail: kent@hhlawoff.com
           ARDC No. 1181009

Subscribed and sworn to before me
this 3rd day of January, 2018.

/s/     Katherine J. Storm
       Notary Public

green 19529 1.3.18 plaintiffs response to defendants motion in limine regarding other litigation