IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JADE V. GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | No. 3:16-cv-863-SCW |
| | ) | |
| CHRIS QUICK, RUSSELL ADAMS, | ) | |
| JACK HOWSER, ANGELA HOWSER, | ) | |
| and JIM WHITE, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO THE DEFENDANTS' MOTION
IN LIMINE RELATIVE TO THE NEWSPAPER DISCLOSURE**

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for her Response to the Defendant's Motion in Limine relative to the Newspaper Disclosure, says:

1. Plaintiff does not intend to make any suggestion that the Defendants have insurance coverage for their conduct.

    The fact that the Defendants own and publish the Disclosure is a relevant piece of information which must be disclosed in voir dire to determine whether jurors have reviewed the paper, have opinions about the paper, have opinions about the publisher of that paper, subscribe to the paper or have contributed to it.

    In addition, the start of the animosity between the parties originated when Defendant Jack Howser threatened to publish pictures of the Plaintiff, in the nude, in this newspaper unless Plaintiff gave up custody of her minor child to the Defendants. This is

all part of the fact pattern before the jury and goes to the issue of whether or not the altruistic were just there to help the minor child version of the facts presented by the Defendant is true or whether this is a continuation of the plan which had started when the step-father threatened to publish pictures of the Plaintiff, nude, in his newspaper.

Again, the case of *Gerardo v. Nararro,* 47 Ill.App. 2nd 92, provides no guidance for this Court. That is a dram shop case involving the question of complicity and totally foreign to the case before the Court. In that case, after the defendant testified that he was interviewed by a "man representing the defendant," the plaintiff's counsel on a re-direct said basically he was the insurance agent. The Illinois Court, held that the person taking the statement could be shown to have an interest in the litigation without mentioning the fact that he was employed by an insurance company. The mere fact that the Defendants own a newspaper does not imply that then necessarily have insurance. Nor is there any issue before this Court of insurance adjusters or other persons being involved. As such, the insurance coverages of the Defendants, if any, are not before the Court and are not an issue in this case.

It is interesting to note that since the time of the decision in *Gerardo v. Navarro* (1964) the Illinois instructions on the issue of insurance have changed so now jurors are basically told that insurance has no bearing in the matter. This is a reason to broach as everyone assumes that everyone else has insurance and the Court is appropriately instructing the jury that that is not an issue which should affect their decision. For the reasons shown above, this Court should deny the Motion in Limine relative to mentioning that the Defendants own a newspaper called the Disclosure.

        JADE V. GREEN, Plaintiff

      By   /s/ H. Kent Heller_____
        H. KENT HELLER
        HELLER, HOLMES & ASSOCIATES, P.C.
        1101 Broadway Avenue, P.O. Box 889
        Mattoon, IL 61938
        TEL: 217-235-2700
        FAX: 217-235-0743
        E-Mail: kent@hhlawoff.com
        ARDC No. 1181009

## CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 3rd day of January, 2018, to the following:

| | |
|---|---|
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| Douglas R. Heise | dheise@heylroyster.com; edwecf@exchange.heylroyster.com |
| Keith B. Hill | khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com |
| Morgan E. Scroggins | scroggins_law@juno.com |

        JADE V. GREEN, Plaintiff

      By   / s/ H. Kent Heller_____
        H. KENT HELLER
        HELLER, HOLMES & ASSOCIATES, P.C.
        1101 Broadway Avenue, P.O. Box 889
        Mattoon, IL 61938
        TEL: 217-235-2700
        FAX: 217-235-0743
        E-Mail: kent@hhlawoff.com
        ARDC No. 1181009

Subscribed and sworn to before me
this 3rd day of January, 2018.

/s/  Katherine J. Storm_____
   Notary Public

green 19529 1.3.18 plaintiffs response to defendants motion in limine relative to the newspaper disclosure