IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| Plaintiff, | ) |
| -vs- | ) No. 3:16-cv-863-SCW |
| CHRIS QUICK, RUSSELL ADAMS, JACK HOWSER and ANGELA HOWSER, | ) |
| Defendants. | ) |

## MOTION FOR SET OFF

NOW COMES the Plaintiff, JADE V. GREEN, by her attorneys, HELLER, HOLMES & ASSOCIATES, P.C., and for her Motion for Set Off, says:

1. That prior to the judgment in this case the Defendants secured a judgment against the Plaintiff in Richland County. Defendant filed a supplemental proceeding and said judgment is in Saline county.

2. That the Plaintiff's claim far exceeds that held by the Defendants and is subject to set off.

WHEREFORE, Plaintiff prays that this Court allow Plaintiff to set off Defendant's judgment against Plaintiff's judgment, that the Court order that the Defendant execute a Satisfaction of Judgment as to both suits in both counties to be recorded in state court and for such other relief as may be fair and just.

JADE V. GREEN, Plaintiff

By _____/s/ H. Kent Heller_____
H. KENT HELLER

HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the foregoing was electronically served this 22nd day of March, 2018, to the following:

| | |
|---|---|
| Joseph A. Bleyer | jableyer@bleyerlaw.com |
| Douglas R. Heise | dheise@heylroyster.com; edwecf@exchange.heylroyster.com |
| Keith B. Hill | khill@heylroyster.com; edwecf@exchange.heylroyster.com; jgrabowski@heylroyster.com |
| Morgan E. Scroggins | scroggins_law@juno.com |

JADE V. GREEN, Plaintiff

By    / s/ H. Kent Heller
H. KENT HELLER
HELLER, HOLMES & ASSOCIATES, P.C.
1101 Broadway Avenue, P.O. Box 889
Mattoon, IL 61938
TEL: 217-235-2700
FAX: 217-235-0743
E-Mail: kent@hhlawoff.com
ARDC No. 1181009

Subscribed and sworn to before me
this 22nd day of March, 2018.

/s/    Katherine J. Storm
       Notary Public

green 19529 3.22.18 motion for set off