IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JADE V. GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 16-cv-863-SCW |
| | ) |
| CHRIS QUICK, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

**WILLIAMS, Magistrate Judge:**

On November 30, 2018, the Court held a hearing in which it took up several pending motions filed by the parties. The following is a summary of the Court's rulings made on the record at that hearing.

### Plaintiff's Motions

On March 22, 2018, Plaintiff filed a Motion for Order of Sale, (Doc. 165), Motion to Enforce Judgment by Set-Off, (Doc. 166), and Motion to Enforce Judgment by Sale of Personal Property. (Doc. 167). The Court, in its discretion, is **DENYING** each of these Motions. The Court does not have jurisdiction to set-off any state court judgment, (Doc. 166), and the Court's prior Order at Docket Number 180, which prevents Defendants from dissipating any of their assets during the pendency of Defendants' appeal, remains in full force and effect.

On April 5, 2018, Plaintiff filed a Motion for Order to Turn Over Funds by Third Party. (Doc. 175). This motion is **DENIED**. Defendants are again reminded that

these funds, except for one personal account discussed in more detail below, remain subject to the Court's prior Order preventing Defendants from dissipating any of their assets during the pendency of Defendants' appeal. (Doc. 180).

Finally, on November 7, 2018, Plaintiff filed a Motion to Produce Records Not Produced at Citation Hearing. (Doc. 217). Plaintiff's motion is **GRANTED**. Defendants shall produce the documents requested by Plaintiff and discussed during the November 30, 2018 hearing no later than December 7, 2018.

Accordingly:

Plaintiff's Motion for Order of Sale (Doc. 165) is **DENIED**.

Plaintiff's Motion to Enforce Judgment by Set-Off (Doc. 166) is **DENIED**.

Plaintiff's Motion to Enforce Judgment by Sale of Personal Property (Doc. 167) is **DENIED**.

Plaintiff's Motion for Order to Turn Over Funds by Third Party (Doc. 175) is **DENIED**.

Plaintiff's Motion to Produce Records Not Produced at Citation Hearing (Doc. 217) is **GRANTED**.

### Defendants' Motions

On July 12, 2018, Defendants filed a Motion for Release of Personal Bank Accounts. (Doc. 198). For the reasons set forth during the hearing, this motion is **GRANTED IN PART** and **DENIED IN PART**. Defendants' personal bank account located at the First National Bank of Olney may be used for Defendants' day-to-day

living expenses. Defendants' may not dissipate any other personal and/or business assets, including any other personal bank accounts at different banks or locations, as set forth by the Court's prior order at Docket Number 180.

Defendants' Motion to Stay, (Doc. 209) is **DENIED**. Defendants remain subject to the Court's previous order governing the Defendants during the pendency of Defendants' appeal. (Doc. 180).

Accordingly:

Defendants' Motion for Release of Personal Bank Accounts (Doc. 198) is **GRANTED IN PART** and **DENIED IN PART**.

Defendants' Motion to Stay (Doc. 209) is **DENIED**.

**IT IS SO ORDERED**.
DATED: December 3, 2018

*/s/ Stephen C. Williams*
STEPHEN C. WILLIAMS
United States Magistrate Judge